

FILED

DEC - 7 2016

Clerk, U.S District Cou
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | 16-po-5199-JTJ |
| | VIOLATION: |
| Plaintiff, | 6563428 |
| | |
| vs. | Location Code: M13 |
| | |
| EDWARD M. ANDERSON, | ORDER |
| | |
| Defendant. | |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $50.00 and a $30.00 processing fee for VN 6563428 for a total amount of $80.00. Fine should be paid in full on or before January 31, 2017. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O Box 71363
Philadelphia, Pa 19176-1362

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the initial appearance in the above captioned matter, currently scheduled for December 8, 2016, is VACATED.

DATED this 7th day of December, 2016.

_____
John Johnston
United States Magistrate Judge